## Commonwealth ex rel. Dews, Appellant, v. Maroney.

Submitted November 10, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*William Dews,* appellant, in propria persona.

*Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, June 24, 1966:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

## Arcadia Theatre Company, Appellant, v. Sablosky, Appellant.

Argued April 28, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*I. Raymond Kremer,* with him *Morton Witkin,* for appellants.

*Edwin P. Rome,* with him *Richard M. Rosenbleeth,* and *Blank, Rudenko, Klaus & Rome,* for appellees.

OPINION PER CURIAM, June 24, 1966:
Decree affirmed. Each party to pay own costs.
Mr. Justice MUSMANNO dissents.

Philadelphia Dressed Beef Co., Appellant, *v.* Porter.

Argued April 28, 1966. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.